IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Lowell Greggory | Case Number: 03 B 50829 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/9/08 | Filed: 12/18/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 5, 2008
Confirmed: February 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 112,422.87 | |
| Secured: | | 80,262.34 |
| Unsecured: | | 23,623.05 |
| Priority: | | 0.00 |
| Administrative: | | 2,505.00 |
| Trustee Fee: | | 6,032.48 |
| Other Funds: | | 0.00 |
| Totals: | 112,422.87 | 112,422.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,505.00 | 2,505.00 |
| 2. | FHRC Suites Owners Association | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 57,628.65 | 54,349.91 |
| 4. | Hilton Resorts Corp. | Secured | 25,912.43 | 25,912.43 |
| 5. | ECast Settlement Corp | Unsecured | 1,511.68 | 921.95 |
| 6. | ECast Settlement Corp | Unsecured | 2,445.57 | 1,491.53 |
| 7. | Resurgent Capital Services | Unsecured | 8,087.86 | 4,932.73 |
| 8. | Kohl's/Kohl's Dept Stores | Unsecured | 1,895.62 | 1,156.11 |
| 9. | ECast Settlement Corp | Unsecured | 2,900.27 | 1,768.86 |
| 10. | ECast Settlement Corp | Unsecured | 7,924.13 | 4,832.86 |
| 11. | ECast Settlement Corp | Unsecured | 868.30 | 529.59 |
| 12. | Sears Consumer Finance | Unsecured | 5,073.02 | 3,094.00 |
| 13. | ECast Settlement Corp | Unsecured | 2,580.47 | 1,573.79 |
| 14. | Sears Consumer Finance | Unsecured | 4,274.09 | 2,606.72 |
| 15. | ECast Settlement Corp | Unsecured | 1,172.16 | 714.91 |
| 16. | Citicorp | Unsecured | | No Claim Filed |
| 17. | CitiFinancial | Unsecured | | No Claim Filed |
| 18. | Household Bank FSB | Unsecured | | No Claim Filed |
| 19. | Amoco Oil Company | Unsecured | | No Claim Filed |
| | | | $ 124,779.25 | $ 106,390.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 983.74 |
| 4% | 438.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Lowell Greggory

Printed: 9/9/08

Case Number: 03 B 50829
Judge: Hollis, Pamela S
Filed: 12/18/03

|      |          |
|------|---------:|
| 6.5% | 1,542.58 |
| 3%   |   246.83 |
| 5.5% | 1,508.29 |
| 5%   |   148.65 |
| 4.8% |   270.69 |
| 5.4% |   892.92 |
|      | _____ |
|      | $ 6,032.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

